379 A.2d 620

Commonwealth ex rel. Cox, Appellant, v. Gedney.

Submitted June 28, 1976. Jonathan Miller, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Lau-

rence H. Brown, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.